## Commonwealth *v.* Simmons, Appellant.

Before PORTER, J.

Submitted June 18, 1974. *Anne F. Johnson* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Benjamin J. Levintow, David Richman, Mark Sendrow,* and *Steven Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Lutz, Appellant, *v.* Lutz.

Before GATES, P. J.

Argued December 3, 1973. *Arthur K. Dils,* for appellant; *Robert C. Rowe,* for appellee.

OPINION PER CURIAM: This case was remanded to the court below for an opinion to guide us in our determination. Judge GATES has provided us with an able opinion upon which we affirm the order in this case.

SPAULDING, J., absent.

## Philadelphia Caterers, Inc. *v.* Goode, Appellant.

Submitted March 28, 1974. *Robert J. Sugarman,* and *Dechert, Price & Rhoads,* for appellant; *Jerome E. Furman,* for appellee.

Order affirmed.